**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re: MAUREEN ETIENNE                              Case No.: 23-10729-EPK
XXX-XX-5446                                         Chapter 13
                    Debtor
_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**
*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtors object to the following claim filed in this case:

**Claim number 9 of American Airlines.** American Airlines has filed a Proof of Claim alleging a secured claim in the amount of $12,785.44. The full claim amount. First, the deadline to file a proof of claim was April 10, 2023. This claim was filed on May 30, 2023. As such, the claim should be stricken and disallowed. Notwithstanding this, if the claim is allowed, it should be classified as an unsecured only claim. The debt listed on this claim is regarding two credit card debts. The security listed is a motor vehicle, that being a 2015, BMW 535i, wherein the debtor currently has a loan against said vehicle with American Airlines. American Airlines is claiming cross collateralization on these loans and has valued the BMW at $16,225.00. American Airlines further filed a proof of claim on this subject vehicle, claim # 8 in the amount of $18,286.28, again reflecting a value of $16,225.00. Thus, the collateral being used to secure claim # 9, the credit card debt is under secured.

As such, American Airlines can only hold an unsecured claim. Wherefore, the Debtor respectfully request that this Court enter an Order sustaining the Objection to Claim #9, either striking and disallowing the claim in its entirety as it was filed past the bar date or Strike the secured classification and allowing the claim only as an unsecured claim.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: June 14, 2023

                                        The Port Law Firm, P.A.
                                        *Attorneys for Debtor(s)*
                                        2161 Palm Beach Lakes Blvd., Suite 202
                                        West Palm Beach, FL 33409
                                        Tel:  (561) 721-1212; FAX: (888) 411-0092

                                        By:   /s/ Edward N. Port_____
                                                  Edward N. Port, Esq., For The Firm
                                                  Florida Bar No. 988588